**Opinion issued December 13, 2012**



In The

# Court of Appeals
### For The
# First District of Texas

---

**NO. 01-12-00853-CV**

---

**HOA T. DAO, Appellant**

**V.**

**FRED SELF, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 971,929**

---

## MEMORANDUM OPINION

Appellant, Hoa T. Dao, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also*

TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005),

§ 101.041 (West Supp. 2012); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1).  After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 5, 42.3.

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.